IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THERESA CATHERYNNE W. PRYOR-KENDRICK                          PLAINTIFF

v.                         Civil No. 06-5196

JUDGE MARY A. GUNN, et al.                                   DEFENDANTS

# O R D E R

Now on this 8th day of December, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 8) herein and the **Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation** (Doc. 9).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted** *in toto* and the plaintiff's complaint is **DISMISSED** on the grounds that the claims are frivolous, fail to state claims upon which relief can be granted, are asserted against individuals immune from suit, or are not presently cognizable under 42 U.S.C. § 1983.  *See* 28 U.S.C. § 1915(e)(2)(B).

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**